# United States Court of Appeals
# for the Federal Circuit

November 9, 2010

**ERRATA**

2007-1066

GILBERT P. HYATT,
Plaintiff-Appellant,

v.

DAVID J. KAPPOS, DIRECTOR, PATENT AND
TRADEMARK OFFICE,
Defendant-Appellee.

Appealed from:  United States District Court for the District of Columbia in No. 03-CV-901, Judge Henry H. Kennedy, Jr.

Decided:  November 8, 2010
Nonprecedential Opinion

Please make the following additions:

Vernon M. Winters, Weil Gotshal & Manges LLP, of Redwood Shores, California for amicus curiae American Intellectual Property Law Association on rehearing en banc.  With him on the brief was Alan J. Kasper, American Intellectual Property Law Association, of Arlington, Virginia.